

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STATE FARM, et al. | CIVIL ACTION NO. 07-1024 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| NORCOLD INC., et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand(Doc. #20) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____6th____ day of November, 2008.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**